UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGAL SUMMER OWENS,<br><br>                       Plaintiff,<br><br>-against-<br><br>DELTA AIRLINES, INC., SEDGWICK CLAIMS MANAGEMENT SERVICES INC., YUDELKA JONES in her individual capacity, JUAN J. DIAZ in his individual capacity, JOHN DOES 1-10, and XYZ CORP. 1-10,<br><br>                       Defendants. | Docket No. 23-cv-2114-FB-PK<br><br><br>**NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT** |

      **PLEASE TAKE NOTICE** that, upon the annexed declarations of Peter T. Shapiro, Esq., Susan Galle, and Justin Salvinski with annexed exhibits, movant's Local Civil Rule 56.1 Statement, and Memorandum of Law, the undersigned will move this Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Frederic Block, on a date to be determined by the Court, for an Order: (a) pursuant to Rule 56, Fed. R. Civ. P., dismissing both of Plaintiff's remaining claims for relief against movant because Plaintiff cannot raise any genuine issues of material fact as to those claims; and (b) awarding movant costs, fees and such other and further relief as is just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the agreed-upon briefing schedule submitted the Court on July 8, 2024 [Dkt. 55], Plaintiff's opposition must be served on or before August 19, 2024, and Defendants' reply must be served and filed by September 6, 2024.

Dated: New York, New York
       July 19, 2024

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Peter T. Shapiro
Peter T. Shapiro, Esq.
*Attorneys for Defendant Sedgwick Claims Management Services, Inc.*
77 Water Street, Suite 2100
New York, New York  10005
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com

## CERTIFICATE OF SERVICE

   I hereby certify that I served the within Notice of Motion with supporting documents upon the attorneys for all parties on July 19, 2024 via email.

                   /s/ Peter. T. Shapiro
                    Peter. T. Shapiro